United States Bankruptcy Court
Middle District of Alabama

In re: **JOSHUA B. & JESSIE K. SNEED,** * Case No. ___________

Debtor(s). * Chapter ___13___

**STATEMENT UNDER PENALTY OF PERJURY CONCERNING PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. §521 (A)(1)(B)(IV)**

I, **JOSHUA B. SNEED** (Debtor's Name), state as follows:

I did not file with the court copies of all payment advices or other evidence of payment received within 60 days before the date of filing of the petition from any employer because:

____ a) I was not employed during the period immediately preceding the filing of the above-referenced case ______________ (enter dates not employed);

_____ b) I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

____ c) I am self-employed and do not receive any evidence of payment;

__X__ d) Other (Please Explain) **I started a job making approximately $400.00 gross income per week, but I have not received my first paycheck.**

I declare under penalties of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

Dated: __________________

_____________________
**Debtor**