**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| IN RE:<br><br>JOSHUA B SNEED<br>SSAN: XXX-XX-5820<br><br>JESSIE K SNEED<br>SSAN: XXX-XX-3966<br><br>Debtor(s) | Case No. 12-11040-DHW<br>Chapter 13 |

**TRUSTEE'S OBJECTION TO CONFIRMATION**

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on Friday, June 15, 2012.

2. The debtor(s) §341 Meeting of Creditors was held Tuesday, August 14, 2012.

3. Debtor Joshua Sneed is no longer employed which renders the case not feasible as debtors do not have sufficient income with which to make the plan payments.

WHEREFORE, the above premises considered, Trustee objects to confirmation and requests that confirmation be denied or the case be continued until such time as the requested issues have been resolved.

Respectfully submitted this Tuesday, September 25, 2012.

Office of the Chapter 13 Trustee
P. O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: Ch13Trustee@ch13mdal.com

By:/s/ Curtis C. Reding
Curtis C. Reding
Chapter 13 Trustee

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this Tuesday, 25 September, 2012.

Copy to: DEBTOR(S)
MICHAEL BROCK

/s/ Curtis C. Reding
Curtis C. Reding
Chapter 13 Trustee

JOSHUA B SNEED
JESSIE K SNEED
217 MILL ST
BRUNDIDGE, AL 36010