IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| JOSHUA B. SNEED | ) | Case No.: 12-11040 |
| JESSIE K. SNEED, | ) | |
| | ) | |
| Debtors. | ) | |

**MOTION OF FIRST NATIONAL BANK OF BRUNDIDGE ("FNBB") FOR ENLARGEMENT OF DEADLINE FOR FILING OBJECTIONS TO DISCHARGE**

FNBB moves the court for an enlargement of the deadline for filing objections to debtors' discharge or to filing an action to except the FNBB debt from debtors' discharge, upon the following grounds:

1. Due to work load and scheduling difficulties, counsel for debtor has not been able to conclude his investigation and review of this matter and respectfully requests additional time.
2. Debtors will not be prejudiced by this request for additional time.
3. FNBB would request that the foregoing deadline be extended to December 15, 2012.


WILLIAM C. CARN, III
Attorney for
First National Bank of Brundidge

*/s/ William C. Carn, III*
William C. Carn, III
2605 Choctaw Street
Dothan, AL 36303
Voice: (334) 836-1167
Fax: (334) 836-1169


Certificate of Service

I hereby certify that on this 15th day of October, 2012, a copy of the foregoing document was served on the following by ECF filing or by mailing a copy of the same U.S. mail, properly addressed and first class postage prepaid:

Curtis C. Reding
P.O. Box 173
Montgomery, AL 36101

Michael D. Brock
Brock & Stout
P.O. Box 311167
Enterprise, AL 36331

*/s/ William C. Carn, III*
William C. Carn, III