**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re

Case No. 12-11040-DHW
Chapter 13

JOSHUA B. SNEED
JESSIE K. SNEED,

Debtors.

## ORDER DENYING CONFIRMATION AND DISMISSING BANKRUPTCY CASE

The trustee filed an objection to confirmation of the proposed chapter 13 plan.

The objection came on for hearing on January 9, 2013. The debtors did not appear at the hearing. Counsel for the debtors could offer no defense. Accordingly, it is

ORDERED that the objection is SUSTAINED, and confirmation of the plan is DENIED. It is

FURTHER ORDERED that this bankruptcy case is DISMISSED. The chapter 13 trustee shall file and serve on all creditors a final report and account reflecting the receipts and disbursements in this case.

Done this 16 day of January, 2013.

/s/ Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Debtors
Michael D. Brock, Attorney for Debtors
Curtis C. Reding, Trustee
All Creditors

**NOTICE: Any unpaid filing fees remain due and payable to the Clerk of court. Failure to pay the filing fee may result in additional collection.**